UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
UNITED STATES OF AMERICA        :
                                :     **ORDER**
       - v. -                   :
                                :     22 Cr. 192 (JSR)
EDWIN JIMENEZ,                  :
       a/k/a "Pac,"             :
                                :
       Defendant.               :
------------------------------ x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on November 9, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated:     New York, New York
           December 30, 2022

                              _____
                              HONORABLE JED S. RAKOFF
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK