-1-

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :
        v.                           :     22-cr-192-07 (JSR)
                                     :
EDWIN JIMENEZ,                       :
                                     :
            Defendant.               :     ORDER
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    The representation of the defendant in the above-captioned matter is assigned to the C.J.A. Attorney on duty September 17, 2024, Russell Capone, for the purpose of litigating, if deemed appropriate, the pro se motion received by the Court on September 13, 2024, see ECF No. 181.

    SO ORDERED.

Dated:  New York, NY  
         September 17, 2024

                                    JED S. RAKOFF, U.S.D.J.